```
          UNITED STATES DISTRICT COURT
          NORTHERN DISTRICT OF GEORGIA
                ATLANTA DIVISION
```

UNITED STATES OF AMERICA

          CRIMINAL ACTION
   v.        NO. 1:09-CR-454-5-CAP

GERARDO RODRIGUEZ-SALGADO,

    Defendants.

## O R D E R

This action is currently before the court on the Magistrate Judge's report and recommendation [Doc. No. 124]. The defendant has filed not objections.

Having carefully considered the report and recommendation and the record as whole, the court receives the report and recommendation [Doc. No. 124] with approval and ADOPTS it as the opinion and order of this court.

SO ORDERED, this 30th day of July, 2010.

                                  /s/ Charles A. Pannell, Jr.
                                  CHARLES A. PANNELL, JR.
                                  United States District Judge